closed

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| CARLOS AGUIRRE a/k/a LUIS CARLOS AGUIRRE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NA, Successor by Merger with Wachovia Mortgage, FSB (Formerly World Savings Bank, FSB) and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-09677-VBF (RZx)<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*[The Honorable Valarie Baker Fairbank, District Judge, Courtroom 9]* |

On February 3, 2011, this Court entered an Minute Order granting the motion of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB Bank, FSB and World Savings Bank, FSB ("Wachovia"), to dismiss plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2  1. This action is dismissed with prejudice.

3  2. Plaintiff Carlos Aguirre will take nothing from defendant Wells Fargo
4  in this action; and

5  3. As the prevailing party, defendant Wells Fargo may submit an
6  application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: March 20, 2012

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On March 16, 2012, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on all interested parties as follows:

*Served By Means Other Than The Court's CM/ECF System:*

*Plaintiff Pro Se:*

Carlos Aguirre
38587 154th Street East
Palmdale, California 93591
Tel: (661) 414-2866

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on March 16, 2012.

| Mark Betti | */s/ Mark Betti* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

95451/001030/00345546-1

Case No.: 2:10-cv-09677-VBF (RZx)
CERTIFICATE OF SERVICE